**Order entered September 12, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00469-CV

**RONNA HODGES, Appellant**

**V.**

**JOHN CURTIS HODGES, ET AL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC1700152**

## ORDER

Before the Court is appellant's September 10, 2018 motion for extension of time to file brief. Although our records reflect appellant is represented by counsel, the motion was filed pro se by appellant, who is a licensed attorney. As the basis for the extension, appellant states she is "in the process of retaining appellate counsel."

We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than October 15, 2018. We **DIRECT** the Clerk of the Court to add appellant as counsel.


/s/      DAVID EVANS
JUSTICE